Case 2:17-mc-00220-JAR    Document 1    Filed 11/16/17    Page 1 of 1

ILND 450 (Rev01/2013) Judgment in a Civil Action Case: 1:13-cv-08689 Document #: 64 Filed: 07/28/15 Page 1 of 1 PageID #:736

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Bank of America, N.A.,

Plaintiff(s),

v.

The Reserve, LLC, and William Jason Townsend,

Defendant(s).

Case No.  13 C 8689

Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Bank of America N.A.
and against defendant(s) The Reserve, LLC and William Jason Townsend, jointly and severally
in the amount of $5,663,150.96. ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion  for summary judgment

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
BY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: NOV 1 3 2017

Date:  7/28/2015

Thomas G. Bruton, Clerk of Court

George Schwemin , Deputy Clerk